**JOSEPH A. McCORMICK, JR., ESQUIRE (016221977)**
Joseph A. McCormick, Jr., P.A.
**A PROFESSIONAL ASSOCIATION**
**76 EUCLID AVENUE, SUITE 103**
**HADDONFIELD, NEW JERSEY 08033**
**(856) 795-6500**
jmccormick@mccormicknjlaw.com
**ATTORNEYS FOR CHAPTER 7 TRUSTEE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of:<br><br>Tomas Rivera, Jr. | IN PROCEEDING UNDER CHAPTER 7<br>OF THE U.S. BANKRUPTCY CODE<br><br>CASE NO. 21-10900-JNP<br><br><br>**NOTICE OF MOTION TO ENFORCE**<br>**SUBPOENA OF MATILDE RIVERA**<br><br>**Hearing Date: July 13, 2021 @ 11:00 a.m.** |

TO: **ALL PERSONS ON THE ATTACHED SERVICE LIST**

Joseph A. McCormick, Jr., Esquire, attorney for Joseph Marchand, Trustee, has filed papers with the Court for a Motion to Enforce Subpoena of Matilde Rivera. **Your rights might be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to enter an Order regarding the Motion to Enforce Subpoena or if you want the Court to consider your views on the Motion, then on or before, you or your attorney must:

File with the Court a written request for a hearing or response or answer explaining your position at the:

United States Bankruptcy Court
USPO & Courthouse Building
401 Market Street
Camden, NJ 08101-2067

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Joseph A. McCormick, Jr., Esquire, Attorney for Trustee, at Joseph A. McCormick, Jr., P.A., 76 Euclid Avenue, Suite 103, Haddonfield NJ 08033 as well as to all parties set forth on the attached Service List.

If you are opposing the Order the Trustee is seeking from the Court, you must attend the hearing

scheduled to be held on **July 13, 2021, at 11:00 a.m.** before the Honorable Jerrold N. Poslusny, Jr., the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101 Courtroom 4C.

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**Statement of Non-Necessity of Brief.** The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

JOSEPH A. MCCORMICK, JR., P.A.

DATED: 6/22/21

BY: _____
JOSEPH A. MCCORMICK, JR., ESQ.
ATTORNEY FOR TRUSTEE

T:\Joint Clients\Rivera, Jr. Tomas\2004-Matilde Rivera\Motion to Enforce Subpoena\Notice of Motion to Enforce Subpoena 06 17 21.wpd

2

SERVICE LIST

*Debtor*
Tomas Rivera, Jr.
2116 Gross Avenue
Pennsauken, NJ 08110

*Attorney for Debtor*
Andrew G. Greenberg
Law Offices of Andrew G. Greenberg
4400 Route 9 South, Suite 1000
Freehold, NJ 07728

*Trustee*
Joseph Marchand
117-119 West Broad St.
PO Box 298
Bridgeton, NJ 08302

U.S. Trustee's Office
District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102

*Other*
Jack Cilingiryan, Esq.
1033 Route 46 East, Suite A208
Clifton, NJ 07013

Matilde Rivera
23 Summit Avenue
Blackwood, NJ 08012

Edward L. Paul, Esq.
EDWARD L. PAUL, P.C.
1103 Laurel Oak Road Suite 105C
Voorhees, NJ 08043